## ARREST WARRANT

**N-137262**

**STATE OF SOUTH CAROLINA**

[X] County/ [ ] Municipality of

Oconee

| | |
|---|---|
| THE STATE | 1031651 |
| against | |

George T Lee

Address: 417 Snead Rd

Walhalla, SC 29691-4133

Phone: _____   SSN: 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
Sex: M   Race: W   Height: ____   Weight: ____
DL State: SC   DL #: 007783955
DOB: 3/8/1941   Agency ORI #: SC0370000
Prosecuting Agency: Oconee County Sheriff
Prosecuting Officer: M Craig - 1069
Offense: Obscene / Dissemination, procuring or promoting obscenity unlawful
Offense Code: 0372
Code/Ordinance Sec: 16-15-0305, (H)

This warrant is **CERTIFIED FOR SERVICE** in the
[ ] County/ [ ] Municipality of _____

The accused is to be arrested and brought before me to be dealt with according to the law.

(L.S.)
_____
Signature of Judge

Date: _____

### RETURN

A copy of this arrest warrant was delivered to defendant George Lee on 11-8-10

_Tommy Hallowax_
Signature of Constable/Law Enforcement Officer

**RETURN WARRANT TO:**
Walhalla Magistrate
208 Booker Drive
Walhalla, SC 29691

**DEFENDANT COPY   DEFENDANT COPY**

---

**STATE OF SOUTH CAROLINA** )
[X] County/ [ ] Municipality of )    **AFFIDAVIT**
Oconee )

Personally appeared before me the affiant **M Craig** who being duly sworn deposes and says that defendant **George T Lee** did within this county and state on or about **11/08/2010** violate the criminal laws of the State of South Carolina (or ordinance of [X] County/ [ ] Municipality of **Oconee**) in the following particulars:

**DESCRIPTION OF OFFENSE** Obscene / Dissemination, procuring or promoting obscenity unlawful

I further state that there is probable cause to believe that the defendant named above did commit the crime set forth and that probable cause is based on the following facts:

THE DEFENDANT DID, ON 11-08-10, KNOWINGLY DISSEMINATE OBSCENE MATERIAL, BY PUBLISHING, EXHIBITING OR OTHERWISE MAKING AVAILABLE OBSCENE AND "PATENTLY OFFENSIVE" SIGNS TO GROUPS OR INDIVIDUALS WITH STATEMENTS THAT WERE OBVIOUSLY AND CLEARLY DISAGREEABLE, OBJECTIONABLE, REPUGNANT, DISPLEASING, DISTASTEFUL OR OBNOXIOUS TO COMMUNITY STANDARDS OF DECENCY AND PROPRIETY WITHIN THE COMMUNITY. THIS INCIDENT OCCURRED NEAR THE INTERSECTION OF MAIN ST AND NORTH CATHERINE ST., WALHALLA, SC IN OCONEE COUNTY AND WAS INVESTIGATED BY OCSO. A WRITTEN REPORT IS ON FILE. CASE #1031651.

Signature of Affiant: _Cpl. M Craig #6591_

**STATE OF SOUTH CAROLINA** )
[X] County/ [ ] Municipality of )
Oconee )

Affiant's Address: 300 S Church Street, Walhalla, SC 29691-
Affiant's Telephone: (864)638-4111

### ARREST WARRANT

**TO ANY LAW ENFORCEMENT OFFICER OF THIS STATE OR MUNICIPALITY OR ANY CONSTABLE OF THIS COUNTY:**

It appearing from the above affidavit that there are reasonable grounds to believe that on or about **11/8/2010** defendant **George T Lee** did violate the criminal laws of the State of South Carolina (or ordinance of [X] County/ [ ] Municipality of **Oconee**) as set forth below:

**DESCRIPTION OF OFFENSE:** Obscene / Dissemination, procuring or promoting obscenity unlawful

Having found probable cause and the above affiant having sworn before me, you are empowered and directed to arrest the said defendant and bring him or her before me forthwith to be dealt with according to law. A copy of this Arrest Warrant shall be delivered to the defendant at the time of its execution, or as soon thereafter as is practicable

Sworn to and subscribed before me on 11/08/2010

(L.S.)
Signature of Issuing Judge
Blake A. Norton
Judge Code: 5033

Judge's Address: 208 Booker Drive, Walhalla, SC 29691-2278
Judge's Telephone: (864)638-4125
Issuing Court: [X] Magistrate [ ] Municipal [ ] Circuit

**DEFENDANT COPY   DEFENDANT COPY   DEFENDANT COPY   DEFENDANT COPY**

EXHIBIT A

Form Approved by S.C. Attorney General April 21, 2003 SCCA 518

**DEFENDANT COPY**