| Form S-438 Rev. 12/06 | STATE OF SOUTH CAROLINA UNIFORM TRAFFIC TICKET | | |
|---|---|---|---|
| CITY OR COUNTY OF OCONEE | | | VERSUS |
| FIRST NAME GEORGE | MIDDLE NAME THOMAS | | LAST NAME LEE |
| STREET AND NO. 417 SNEAD RD. | CITY WALHALLA | STATE SC | ZIP CODE 29691 |
| STATE LICENSED SC | DRIVER'S LICENSE NO. | CDL ☐ YES ☐ NO | DRI. LIC. CLASS |
| VEH. LIC. NO. — | STATE — | MAKE OF VEH — | YEAR — |

COMM. VEH. | AUTO | 15 PSGR VEH. | COMB.
HAZ. MT. | MOPED | MTRCYCL. | OTHER

**YOU ARE SUMMONED TO APPEAR BEFORE THE TRIAL OFFICER**

| NAME OF TRIAL OFFICER NORTON | STREET AND NO. 268 BOOKER DR. | | |
|---|---|---|---|
| DATE OF TRIAL 02 15 2011 | TIME OF TRIAL 11:00A | CITY WALHALLA | STATE SC | ZIP CODE 29691 |

VIOLATION - COURT APPEARANCE REQUIRED  YES (NO)   VIOLATION SECTION NO.
BREACH OF PEACE        COMMON LAW

OWNER OF VEHICLE  N/A       DATE OF ARREST  11 | 08 | 2010
ADDRESS OF OWNER          DATE OF VIOLATION  11 | 08 | 2010

BAIL DEPOSITED  C.S.    NAME OF ARRESTING OFFICER  M. CRAIG    RANK  CPL

PRESENT THIS SUMMONS TO THE TRIAL OFFICER SHOWN ABOVE

Be sure you understand from the arresting officer the exact time and before whom you are to appear. IF THIS TICKET IS WRITTEN FOR A TRAFFIC VIOLATION AND YOU FORFEIT BAIL, PLEAD GUILTY OR NOLO CONTENDERE, OR ARE CONVICTED AFTER A TRIAL, THIS VIOLATION WILL BE PLACED AGAINST YOUR DRIVING RECORD, OR FORWARDED TO YOUR HOME STATE. FAILURE TO COMPLY WITH THE TERMS OF THIS SUMMONS MAY RESULT IN THE SUSPENSION OF YOUR DRIVERS LICENSE BY YOUR HOME STATE. YOU ARE REQUIRED BY LAW TO APPEAR IN COURT FOR CERTAIN OFFENSES.

COUNTY  OCONEE    NUMBER  037
BADGE  6591    DISTRICT  3
DAY: S M T W T F S ( 1 2 3 4 5 6 7 )
TIME OF VIOLATION   A.M.-1  P.M.-2   WEATHER
DISTANCE IN FEET FROM INTERSECTION OF  SC 28  AND  SC 183
MILES  N1 E2 S3 W4
HWY NO.  28    CITY  WALHALLA
Lat
Long
OFFENSE CODE    B.A. LEVEL

SEE IMPORTANT INFORMATION ON THE REVERSE SIDE OF THIS TICKET    **33075 FC**

VIOLATOR'S COPY

EXHIBIT B

1-864-638-4125